IN THE UNITED STATES DISTICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANTOINETTE SPANN                                                                                    PLAINTIFF

v.                                                    CIVIL ACTION NO. 3:25-cv-00529-HTW-LGI

MISSISSIPPI STATE HOSPITAL                                                              DEFENDANT

## NOTICE OF SERVICE

Defendant Mississippi Department of Child Protection Services, by and through counsel, hereby gives notice that the following is being served today upon counsel for Plaintiff via e-mail:

Defendant's First Set of Interrogatories and Requests for Production

RESPECTFULLY SUBMITTED, this the 23rd day of January, 2026.

>   MISSISSIPPI DEPARTMENT OF CHILD
>   PROTECTION SERVICES, *Defendant*
>
>   LYNN FITCH, ATTORNEY GENERAL
>   STATE OF MISSISSIPPI
>
>   */s/ Lindsay Thomas Dowdle*
>   LINDSAY THOMAS DOWDLE
>   Special Assistant Attorney General

Lindsay Thomas Dowdle (MSB #102873)
William C. Ivison (MSB #104213)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.:     (601) 359-3020
          (601) 359-4245
Fax:     (601) 359-2003

Email: Lindsay.Dowdle@ago.ms.gov
      Will.Ivison@ago.ms.gov

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this day caused to be filed via the Court's ECF system a true and correct copy of the above and foregoing document, which sent notification to all counsel of record, including:

>LOUIS H. WATSON, Jr. (MSB #9053)
>JANE A. WATSON (MSB #106877)
>THE WATSON LAW FIRM, PLLC
>1501 JACKSON AVE W STE 113 PMB 101
>OXFORD, MS 38655-2566
>Telephone: (601) 968-0000
>Facsimile: (601) 968-0010
>louis@thewatsonlawfirm.com
>jane@watsonnorris.com

SO CERTIFIED, this the 23rd day of January, 2026.

                                        */s/ Lindsay Thomas Dowdle*
                                        Lindsay Thomas Dowdle
                                        Special Assistant Attorney General